UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THOMAS ROSA, JR.<br>      Petitioner,<br><br>v.<br><br>MICHAEL T. MALONEY<br>      Respondent. | Civil Action No. 04-10174-NG |

### ANSWER

Pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, the respondent hereby answers the petition for writ of habeas corpus of the petitioner Thomas Rosa, Jr.

1. Admitted.

2. Denied. Answering further the respondent states that the petitioner was convicted on March 4, 1993.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9(a)-(d). Admitted. Answering further, the respondent states that the parallel citation for the Supreme Judicial Court's decision is 661 N.E.2d 56.

9(e)-(f). Left blank by petitioner.

10.     Admitted.

11(a)(1)-(2).  Admitted.

11(a)(3).     Admitted.

11(a)(4)-(6).  Admitted.

11(b)(1)-(6).  Admitted.

11(c).  Admitted.

12.     The respondent states that paragraph 12 contains legal argument and conclusions to which no response is required. To the extent that a response is deemed necessary, the respondent denies the factual allegations contained in paragraph 12 of the petition insofar as they are inconsistent with the facts found by the Massachusetts Supreme Judicial Court in *Commonwealth v. Rosa*, 51 Mass. App. Ct. 1112, 748 N.E. 2d 1056 (2001) or by the single justice in her memorandum and order denying the petition for leave to appeal on October 17, 2003 (S.A. 8).

13.     Admitted.

14.     The respondent states that he lacks knowledge or information sufficient to admit or deny the allegations contained in paragraph 14.

15(a)-(b) The respondent states that he lacks knowledge or information sufficient to admit or deny the allegations contained in paragraph 15(a)-(b)

15(c)-(g).     Admitted.

16.     Admitted.

17.     The respondent lacks the knowledge or information sufficient to admit or deny the allegations contained in paragraph 17.

Pursuant to Rule 5 of the Rules Governing 28 U.S.C. §2254 cases, the respondent

is filing a Supplemental Answer with the following documents from the petitioner's state court proceedings:

1. *Commonwealth v. Thomas Rosa, Jr.*, 412 Mass. 147, 587 N.E.2d 767 (1992).

2. Defendant's brief on appeal to the Massachusetts Supreme Judicial Court (06548).

3. Commonwealth's brief on appeal to the Massachusetts Supreme Judicial Court (06548).

4. *Commonwealth v. Thomas Rosa, Jr.*, 422 Mass. 18, 661 N.E.2d 56 (1996).

5. Defendant's Petition for Leave to appeal and memorandum in support thereof.

6. Exhibits in support of defendant's petition for leave to appeal.

7. Commonwealth's memorandum in opposition to petition for leave to appeal.

8. Memorandum of Decision and Order denying petition for leave to appeal, dated October 17, 2003.

## **DEFENSES**

1. The petition raises claims that are procedurally defaulted.

2. In the alternative, the state court adjudication of the petitioner's claims was not contrary to or an unreasonable application of clearly established Supreme Court law nor was it based on an unreasonable determination of the facts in light of the evidence presented in the state court.

The respondent respectfully reserves the right to amend or supplement this Answer in the future should the need arise.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

 /s Susanne G. Reardon
Susanne G. Reardon
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 561669

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the attached document was served upon Kathleen McCarthy, 160 State Street, 8th Floor, Boston, MA 02109, by first class mail, postage pre-paid, on July 14, 2004.

 /s Susanne G. Reardon
Susanne G. Reardon
Assistant Attorney General