<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that a true copy of the above document was served upon the petitioner's counsel, on September 16, 2004, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to her as follows:

Kathleen McCarthy
160 State Street, 8th Floor
Boston, MA 02108

                                    <u>/s Susanne G. Reardon</u>
                                    Susanne Reardon