## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS ROSA, JR.,         ) | |
|        Petitioner,     ) | |
|     v.                   ) | Civ. No. 04-10174-NG |
|                         ) | |
|                         ) | |
| MICHAEL T. MALONEY,      ) | |
|       Respondent.     ) | |

GERTNER, D.J.:

### ORDER RE: PRODUCTION OF COURT TRANSCRIPT

Petitioner Thomas Rosa, Jr., filed a petition for a writ of habeas corpus pursuant to 28 U.S.C.A § 2254 in which he is challenging his conviction in Massachusetts state court for murder in the first degree and kidnaping.  Pursuant to 28 U.S.C.A § 2254(f), I hereby **ORDER** Respondent to produce the transcripts from Petitioner's trial in Suffolk Superior Court, Boston Massachusetts, in which a judgment of conviction was entered on March 3, 1993.  I find that the Petitioner is unable to produce the needed transcripts due to indigency.

**SO ORDERED.**

Dated: December 20, 2004       s/NANCY GERTNER, U.S.D.J.