UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
THOMAS ROSA, JR.,              )
     Petitioner,               )
                               )
     v.                        )   C.A. No. 04-10174-NG
                               )
MICHAEL T. MALONEY,            )
     Respondent.               )
```

GERTNER, D.J.:

## ORDER OF DISMISSAL

For the reasons set forth in the accompanying Memorandum and Decision, Thomas Rosa, Jr.'s petition for habeas corpus relief is **DENIED** and this case is **DISMISSED**.

**SO ORDERED.**

**Date: October 17, 2005**          **/s/NANCY GERTNER, U.S.D.J.**