UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



THOMAS ROSA, JR.,
Petitioner

v.                                        Civil Action No. 04-10174- NG

MICHAEL T. MALONEY
Respondent

## NOTICE OF APPEAL

Now comes the petitioner in the above entitled case and alerts the court to his intention to appeal the recent denial of his habeas corpus petition in the United States District Court.

THOMAS ROSA, JR.,

By his attorney,

*[signature]*
Kathleen M. McCarthy
160 State Street, 8th Floor
Boston, MA 02109-2502
(978) 975-8060
B.B.O. # 550624