UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS ROSA, JR.,
Petitioner

v.                                                    Civil Action No. 04-10174- NG

MICHAEL T. MALONEY
Respondent

## PETITIONER'S REQUEST FOR CERTIFICATE OF APPEALABILITY
### (28 U.S.C.A. §2253)

Pursuant to 28 U.S.C.A. §2253 the petitioner in the above-captioned matter moves this Honorable Court for a certificate of appealability. As reasons therefore the petitioner maintains that the convictions were obtained in violation of his federal rights to present witnesses in his favor as provided by the Sixth Amendment to the United States Constitution; in violation of his rights to a fair trial and in violation of his rights to due process of law as provided by the Fifth and Fourteenth Amendment to the United States Constitution due to post-conviction DNA[1] testing that established that one of the main premises that the Commonwealth relied on at trial was false. The petitioner further claims that the Commonwealth's destruction/failure to preserve evidence resulted in convictions in violation of the petitioner's federal rights to present witnesses/evidence in his favor as provided by the Sixth Amendment and in violation of his right to a fair trial and due process as provided by the Fifth and Fourteenth Amendment to the Untied States Constitution. See, 28 U.S.C.A. §2253 (2).

---

[1] DNA is short for deoxyribonucleic acid that is the genetic material present in each of the nucleated cells of our body.

The petitioner incorporates his previously filed Habeas Corpus Petition, Supporting Memorandum of law and Supplemental Argument in support of this petition.

THOMAS ROSA, JR.,

By his attorney,

Kathleen M. McCarthy
160 State Street, 8th Floor
Boston, MA  02109-2502
(978) 975-8060
B.B.O. # 550624