UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-10174

Thomas Rosa, Jr.,

v.

Michael T. Maloney

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I & II are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/25/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 30, 2005.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: __12/1/05__.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL, HABEAS

## United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-10174-NG

Rosa v. Maloney
Assigned to: Judge Nancy Gertner
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 01/26/2004
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Thomas Rosa, Jr.**

represented by **Kathleen M. McCarthy**
160 State Street
8th Floor
Boston, MA 02108
978-975-8060
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Michael T. Maloney**

represented by **Susanne G. Reardon**
Attorney General's Office
One Ashburton Place
18th Floor
Boston, MA 02108
617-727-2200
Fax: 617-727-5755
Email: susanne.reardon@ago.state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/26/2004 | 1 | PETITION for writ of habeas corpus pursuant to 28:2254 $ 5, receipt number 53398, filed by Thomas Rosa Jr..(Filo, Jennifer) (Entered: 01/29/2004) |
| 01/26/2004 | 3 | MEMORANDUM in Support by Thomas Rosa Jr. to 1 Petition for writ of habeas corpus (28:2254). (Filo, Jennifer) (Entered: 02/05/2004) |
| 01/29/2004 | 2 | Judge Nancy Gertner : ORDER entered SERVICE ORDER re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due |

| | | |
|---|---|---|
| | | w/in 20 days of rcpt of this order.(Filo, Jennifer) (Entered: 01/29/2004) |
| 02/24/2004 | 4 | MOTION to Dismiss by Michael T. Maloney.(Filo, Jennifer) (Entered: 02/25/2004) |
| 02/24/2004 | 5 | MEMORANDUM in Support re 4 MOTION to Dismiss filed by Michael T. Maloney.c/s (Filo, Jennifer) (Entered: 02/25/2004) |
| 03/11/2004 | 6 | RESPONSE to Motion re 4 MOTION to Dismiss filed by Thomas Rosa Jr.. c/s(Filo, Jennifer) (Entered: 03/15/2004) |
| 06/11/2004 | | Judge Nancy Gertner : ELECTRONIC ORDER entered denying 4 Motion to Dismiss: Respondent argues that Rosa's habeas petition is time barred because Rosa failed to file in state court his "amended motion for new trial" raising newly discovered evidence until April 19, 2002. Respondent alleges that this motion was filed over one year after the February 1999 discovery of the factual predicate for petitioner's claim, and therefore does not toll the time limitation for filing the habeas petition before this Court. However, petitioner alleges that he filed a pro se motion for a new trial on September 7, 1999. The April 19, 2002, motion appears to have amended this earlier motion. Petitioner has submitted the docket from his state case which suggests that the September 7, 1999, motion was not denied until January 31, 2002. The appeal of this decision was decided by the Supreme Judicial Court on October 22, 2003. The time during which this motion was pending -- September 7, 1999 to October 22, 2003 -- is excluded from the one year limitation period under 28 U.S.C. 2244(d)(2). Respondent has failed to address the September 7, 1999, motion. Rosa's petition, therefore, is timely. Respondent must file an answer to Rosa's petition by July 16, 2004. (Gertner, Nancy) (Entered: 06/11/2004) |
| 07/14/2004 | 7 | ANSWER to Complaint by Michael T. Maloney.(Reardon, Susanne) (Entered: 07/14/2004) |
| 08/09/2004 | | ELECTRONIC NOTICE of STATUS CONFERENCE :STATUS CONFERENCE set for 9/20/2004 11:00 AM in Courtroom 2 before Nancy Gertner. (Molloy, Maryellen) (Entered: 08/09/2004) |
| 09/16/2004 | 9 | MEMORANDUM OF LAW by Michael T. Maloney. (Reardon, Susanne) (Entered: 09/16/2004) |
| 09/16/2004 | 10 | MEMORANDUM OF LAW by Michael T. Maloney. (Reardon, Susanne) (Entered: 09/16/2004) |
| 09/20/2004 | | Electronic Clerk's Notes for proceedings held before Judge Nancy Gertner: Briefs to be filed on or before 10/20/04. Motion Hearing set for 11/2/2004 09:30 AM in Courtroom 2 before Nancy Gertner. (Court Reporter none.) (Molloy, Maryellen) (Entered: 09/21/2004) |
| 10/20/2004 | 11 | SUPPLEMENTAL BRIEF by Thomas Rosa Jr. in Response to 10 Memorandum in Opposition to the Petition for Writ of Habeas Corpus. (Filo, Jennifer) (Entered: 11/03/2004) |
| 11/02/2004 | | Electronic Clerk's Notes for proceedings held before Judge Nancy |

| | | |
|---|---|---|
| | | Gertner: motion hearing held on habeas petition. All matter taken under advisement, court adjourned. (Court Reporter ohara.) (Molloy, Maryellen) (Entered: 11/03/2004) |
| 11/15/2004 | 12 | SUPPLEMENTAL ARGUMENT by Thomas Rosa Jr.. (Filo, Jennifer) (Entered: 11/18/2004) |
| 12/20/2004 | 13 | Judge Nancy Gertner : ORDER RE: PRODUCTION OF COURT TRANSCRIPT entered (Filo, Jennifer) (Entered: 12/21/2004) |
| 12/28/2004 | 14 | TRANSCRIPT of STATE COURT TRIAL Proceedings. Six binded volumes. (Entered: 01/03/2005) |
| 10/17/2005 | 15 | Judge Nancy Gertner: ORDER entered. MEMORANDUM AND ORDER RE: Petition for Writ of Habeas Corpus(Filo, Jennifer) (Entered: 10/18/2005) |
| 10/17/2005 | 16 | Judge Nancy Gertner: ORDER entered. ORDER DISMISSING CASE (Filo, Jennifer) (Entered: 10/18/2005) |
| 10/25/2005 | 17 | NOTICE OF APPEAL by Thomas Rosa, Jr. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 11/14/2005. (Elefther, Elizabeth) (Entered: 10/28/2005) |
| 10/25/2005 | 18 | Petitioner's request for CERTIFICATE OF APPEALABILITY (28 U.S.C.A. 2253) (Elefther, Elizabeth) (Entered: 10/28/2005) |
| 10/27/2005 | 19 | MOTION for Certificate of Appealability by Thomas Rosa, Jr.(Filo, Jennifer) (Entered: 11/01/2005) |