UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS ROSA, JR.,
    Petitioner

v.                                              Civil Action No. 04-10174-NG

MICHAEL T. MALONEY
    Respondent

## MOTION TO PROCEED IN FORMA PAUPERIS

Now comes the Petitioner in the above-entitled matter and moves pursuant to Fed. R. App. P. 24 to proceed "in forma pauperis" to appeal the denial of the habeas corpus petition. The petitioner states the following in support of this motion:

1. On October 17, 2005 Judge Gertner denied the petitioner's petition for habeas corpus in the Unites States District Court. [C.A. No. 04-10174-NG].

2. On or about October 23, 2005 the petitioner filed a petition for certificate of appealability and Notice of Appeal in the District Court.

3. On December 18, 2005 the undersigned counsel filed a notice of appearance and a docketing statement in the United States Court of Appeals for the First Circuit relative to the above-captioned case.

4. On December 21, 2005 Judge Gertner allowed the petitioner's certificate of appealability.

5. The petitioner has been incarcerated for a substantial period of time and is unable to pay the filing fee.

The petitioner submits the attached affidavit in support of this motion.

THOMAS ROSA, JR.,

By his attorney,

*/s/ Kathleen M. McCarthy*
Kathleen M. McCarthy
160 State Street, 8th Floor
Boston, MA 02109-2502
(978) 975-8060
B.B.O. # 550624