MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction History
Summary Report

MCI NORFOLK

Inmate Name............  ROSA     THOMAS

Commitment number....  W42991

Period encompassed....  7/1/2005 THRU    12/31/2005

|  | Personal | Savings | Total |
|---|---|---|---|
| Six Month Average Daily Balance | 32.22 | 0.00 | 32.22 |
| 20% of Six Month Average Daily Balance | 6.44 | | |
| Total Expenditures for Period | | | 515.26 |
| Total Income for Period | | | 592.52 |

To the best of my knowledge, the above summary information is true and accurate:

Signed _Marsha Collins_
MARSHA COLLINS, Treasurer

Time: _10:15 AM_

Date: _1/19/06_

Note: A copy of the inmate's account activity statement for the six month period ("Inmate Transaction History") is attached.

_court_

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20060119 09:24

| | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|
| Commit# : | W42991 | | | | | MCI NORFOLK | | |
| Name : | ROSA, THOMAS, , | | | | Statement From | 20050701 | | |
| Inst : | MCI NORFOLK | | | | To | 20051231 | | |
| Block : | 4-2 | | | | | | | |
| Cell/Bed : | 309 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $2,769.35 | $2,744.34 | $0.00 | $0.00 |
| 20050706 23:07 | PY - Payroll | 4890631 | | NOR | ~20050619 To 20050625 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050707 22:30 | CN - Canteen | 4898927 | | NOR | ~Canteen Date : 20050707 | $0.00 | $14.47 | $0.00 | $0.00 |
| 20050713 13:24 | ML - Mail | 4921285 | | NOR | ~MARIE M. ROSA | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050713 13:24 | MA - Maintenance and Administration | 4921287 | | NOR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050713 16:50 | IS - Interest | 4922090 | | NOR | | $0.12 | $0.00 | $0.00 | $0.00 |
| 20050713 23:10 | PY - Payroll | 4942990 | | NOR | ~20050626 To 20050702 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050720 23:11 | PY - Payroll | 4975548 | | NOR | ~20050703 To 20050709 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050721 22:30 | CN - Canteen | 4983179 | | NOR | ~Canteen Date : 20050721 | $0.00 | $48.28 | $0.00 | $0.00 |
| 20050727 15:35 | ML - Mail | 5000417 | | NOR | ~maria rosa | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050727 23:10 | PY - Payroll | 5006131 | | NOR | ~20050710 To 20050716 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050728 22:30 | CN - Canteen | 5015662 | | NOR | ~Canteen Date : 20050728 | $0.00 | $16.82 | $0.00 | $0.00 |
| 20050801 14:23 | ML - Mail | 5023995 | 1740 | NOR | Miriam Bey~BEY, MARIAM, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050801 14:23 | MA - Maintenance and Administration | 5023998 | | NOR | Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050803 16:51 | IS - Interest | 5037036 | | NOR | | $0.08 | $0.00 | $0.00 | $0.00 |
| 20050803 23:11 | PY - Payroll | 5058160 | | NOR | ~20050717 To 20050723 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050804 22:30 | CN - Canteen | 5067438 | | NOR | Canteen Date : 20050804 | $0.00 | $11.82 | $0.00 | $0.00 |
| 20050808 11:56 | ML - Mail | 5076785 | | NOR | ~MARIA ROSA | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050809 15:33 | EX - External Disbursement | 5084315 | 65699 | NOR | ~RELIANCE COLOR LABS | $0.00 | $11.00 | $0.00 | $0.00 |
| 20050810 23:09 | PY - Payroll | 5096242 | | NOR | ~20050724 To 20050730 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050811 22:30 | CN - Canteen | 5104158 | | NOR | ~Canteen Date : 20050811 | $0.00 | $39.29 | $0.00 | $0.00 |
| 20050817 23:10 | PY - Payroll | 5130770 | | NOR | ~20050731 To 20050806 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050818 10:15 | IC - Transfer from Inmate to Club A/c | 5135846 | | NOR | ~OLGA J. GOMEZ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050818 22:30 | CN - Canteen | 5140102 | | NOR | ~Canteen Date : 20050818 | $0.00 | $11.17 | $0.00 | $0.00 |
| 20050824 23:15 | PY - Payroll | 5161647 | | NOR | ~20050807 To 20050813 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050825 22:30 | CN - Canteen | 5169954 | | NOR | Canteen Date : 20050825 | $0.00 | $4.33 | $0.00 | $0.00 |
| 20050829 14:43 | ML - Mail | 5177561 | 1754 | NOR | ~Miriam Bey~BEY, MARIAM, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20050831 23:11 | PY - Payroll | 5192336 | | NOR | ~20050814 To 20050820 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050902 04:39 | CN - Canteen | 5204724 | | NOR | ~Canteen Date : 20050901 | $0.00 | $4.87 | $0.00 | $0.00 |
| 20050907 23:10 | PY - Payroll | 5230424 | | NOR | ~20050821 To 20050827 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050908 22:30 | CN - Canteen | 5240067 | | NOR | ~Canteen Date : 20050908 | $0.00 | $29.91 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :  20060119 09:24

Page : 3

| Commit# : | W42991 | | | | MCI NORFOLK | | | | |
| Name : | ROSA, THOMAS, , | | | | Statement From | 20050701 | | | |
| Inst : | MCI NORFOLK | | | | To | 20051231 | | | |
| Block : | 4-2 | | | | | | | | |
| Cell/Bed : | 309 /A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 20051110 14:40 | IC - Transfer from Inmate to Club A/c | 5603387 | | NOR | ANDRE CHRIS CRESCI~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.58 | $0.00 | $0.00 |
| 20051110 14:41 | ML - Mail | 5603394 | | NOR | rosa, maria, m, | $25.00 | $0.00 | $0.00 | $0.00 |
| 20051110 14:41 | MA - Maintenance and Administration | 5603396 | | NOR | Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20051110 22:30 | CN - Canteen | 5606414 | | NOR | Canteen Date : 20051110 | $0.00 | $33.68 | $0.00 | $0.00 |
| 20051114 09:23 | VI - Visitation | 5609618 | | NOR | DEBORAH CAMACHO | $40.00 | $0.00 | $0.00 | $0.00 |
| 20051114 09:49 | ML - Mail | 5610057 | 1782 | NOR | ~MIRIAM BEY | $25.00 | $0.00 | $0.00 | $0.00 |
| 20051114 10:37 | IC - Transfer from Inmate to Club A/c | 5610796 | | NOR | ~PHOTO - Z13~PHOTO - Z13 | $0.00 | $6.00 | $0.00 | $0.00 |
| 20051114 10:37 | IC - Transfer from Inmate to Club A/c | 5610797 | | NOR | ~PHOTO - Z13~PHOTO - Z13 | $0.00 | $6.00 | $0.00 | $0.00 |
| 20051116 23:14 | PY - Payroll | 5631460 | | NOR | ~20051030 To 20051105 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20051117 22:30 | CN - Canteen | 5639822 | | NOR | Canteen Date : 20051117 | $0.00 | $16.71 | $0.00 | $0.00 |
| 20051123 13:02 | IC - Transfer from Inmate to Club A/c | 5661916 | | NOR | ~NELSON ROSA ERIE PA,~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.21 | $0.00 | $0.00 |
| 20051123 13:02 | IC - Transfer from Inmate to Club A/c | 5661917 | | NOR | MARCY C. LEVINGTON ATTY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.75 | $0.00 | $0.00 |
| 20051123 13:03 | IC - Transfer from Inmate to Club A/c | 5661918 | | NOR | KATHLEEN M. MCCARTHY ATTY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20051123 22:30 | CN - Canteen | 5664544 | | NOR | Canteen Date : 20051123 | $0.00 | $63.48 | $0.00 | $0.00 |
| 20051123 23:11 | PY - Payroll | 5669734 | | NOR | 20051106 To 20051112 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20051130 23:14 | PY - Payroll | 5694983 | | NOR | 20051113 To 20051119 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20051201 11:08 | IC - Transfer from Inmate to Club A/c | 5700844 | | NOR | BEBBIE CINTRON POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20051201 22:30 | CN - Canteen | 5705248 | | NOR | Canteen Date : 20051201 | $0.00 | $6.70 | $0.00 | $0.00 |
| 20051207 23:16 | PY - Payroll | 5736199 | | NOR | 20051120 To 20051126 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20051208 13:52 | ML - Mail | 5743114 | | NOR | rosa, maria, m, | $25.00 | $0.00 | $0.00 | $0.00 |
| 20051208 13:52 | MA - Maintenance and Administration | 5743116 | | NOR | Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20051208 22:30 | CN - Canteen | 5744361 | | NOR | Canteen Date : 20051208 | $0.00 | $4.80 | $0.00 | $0.00 |
| 20051213 12:48 | ML - Mail | 5761782 | 856 | NOR | GOMEZ, OLGA, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20051214 16:29 | CI - Transfer from Club to Inmate A/c | 5769607 | | NOR | ~UNIT REP. QUARTERLY STIPEND DEC. 2005~W42991 ROSA,THOMAS PERSONAL~INMATE BENEFIT - Z1 | $15.00 | $0.00 | $0.00 | $0.00 |
| 20051214 16:56 | IS - Interest | 5769881 | | NOR | | $0.15 | $0.00 | $0.00 | $0.00 |
| 20051214 23:16 | PY - Payroll | 5791720 | | NOR | 20051127 To 20051203 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20051215 22:30 | CN - Canteen | 5802229 | | NOR | Canteen Date : 20051215 | $0.00 | $31.88 | $0.00 | $0.00 |
| 20051216 10:24 | IC - Transfer from Inmate to Club A/c | 5803378 | | NOR | DEBBIE CAMACHO~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20060119 09:24

Page : 4

| Commit# : | W42991 | | | | MCI NORFOLK | | | | |
| Name : | ROSA, THOMAS, . | | | | Statement From | 20050701 | | | |
| Inst : | MCI NORFOLK | | | | To | 20051231 | | | |
| Block : | 4-2 | | | | | | | | |
| Cell/Bed : | 309 /A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20051216 10:24 | IC - Transfer from Inmate to Club A/c | 5803382 | | NOR | -OLGA GOMEZ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20051216 10:25 | IC - Transfer from Inmate to Club A/c | 5803384 | | NOR | -MARIA M. ROSA~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20051221 23:49 | PY - Payroll | 5830769 | | NOR | -20051204 To 20051210 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20051227 13:45 | ML - Mail | 5853951 | | NOR | rosa, maria, m, | $25.00 | $0.00 | $0.00 | $0.00 |
| 20051228 23:17 | PY - Payroll | 5867738 | | NOR | 20051211 To 20051217 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20051229 16:46 | CI - Transfer from Club to Inmate A/c | 5874142 | | NOR | -12/15/05 CANTEEN REFUND~W42991 ROSA,THOMAS PERSONAL~KCN WASH ACCOUNT - Z5 | $31.88 | $0.00 | $0.00 | $0.00 |
| | | | | | | $592.52 | $515.26 | $0.00 | $0.00 |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $102.27 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $29.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |