04cv10174 NG

**CERTIFICATE OF SERVICE**

I, hereby certify under the pains and penalties of perjury that the Petitioner served a copy of the enclosed material, in the U.S. mail, postage prepaid, first class mail to Attorney Susanne G. Reardon .

Respectfully submitted,

Kathleen M. McCarthy
160 State Street, 8th Floor
Boston, MA 02109