```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

THOMAS ROSA, JR.,                )
          Petitioner             )
                                 )
     v.                          )   C.A. No. 04-10174-NG
                                 )
MICHAEL T. MALONEY,              )
          Respondent.            )
```

ORDER ON APPLICATION TO PROCEED
<u>WITHOUT PREPAYMENT OF FEES ON APPEAL</u>

On February 6, 2006, petitioner Thomas Rosa, Jr., an inmate at MCI Norfolk, filed an application to proceed on appeal without prepayment of fees.

Based on the information submitted by petitioner,

(1) the motion for leave to proceed without prepayment of fees on appeal is ALLOWED; and

(2) the Clerk shall transmit this Order as a supplemental record to the First Circuit Court of Appeals.

SO ORDERED.

Dated at Boston, Massachusetts, this 10th day of July, 2006.

```
                          s/ Nancy Gertner
                         UNITED STATES DISTRICT JUDGE
```