# United States Court of Appeals
## For the First Circuit

No. 05-2796

THOMAS ROSA, JR.,

Petitioner, Appellant,

v.

MICHAEL T. MALONEY,

Respondent, Appellee.

---

**JUDGMENT**

Entered: September 7, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's denial of Thomas Rosa, Jr.'s, petition for a writ of habeas corpus under 28 U.S.C. § 2254 is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*Jennifer Calard*
Deputy Clerk

Date: 9·28·06

By the Court:

RICHARD CUSHING DONOVAN
Richard Cushing Donovan, Clerk

[cc: Ms. McCarthy and Ms. Reardon.]